# CERTIFICATE OF SERVICE

I, Maria Valdez, declare as follows:

I am employed with the law firm of Tucker Ellis & West LLP, whose address is 515 South Flower Street, Suite 4200, Los Angeles, California 90071-2223.  I am over the age of eighteen years, and am not a party to the within action.

On July 31, 2008, I served the following: **ANSWER OF MYLAN, INC., MYLAN PHARMACEUTICALS, INC., AND UDL LABORATORIES, INC.'S TO PLAINTIFF'S COMPLAINT** on the interested parties in this action by:

   __ X __    **ELECTRONICALLY VIA ECF** the above-entitled document to be served electronically through the United States District Court, Northern Division ECF website on July 31, 2008 addressed to all parties appearing on the Court's ECF service list.  The file transmission was reported as complete and a copy of the "Filing Receipt" page will be maintained with the original document in our office.

   __ X __    **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Los Angeles, California on July 31, 2008.

                                           /S/ Maria Valdez
                                             Maria Valdez

TUCKER ELLIS & WEST LLP
515 S. Flower Street
Suite 4200
Los Angeles, CA 90071-2223

**PROOF OF SERVICE**

LAimanage/073021/000043/611342/1