TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS - STATE BAR NO. 146904
DYLAN M. CARSON - STATE BAR NO. 237721
PETER E. SCHNAITMAN - STATE BAR NO. 218982
SARAH C. TRANKIEM - STATE BAR NO. 235031
515 South Flower Street, Suite 4200
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Defendants
MYLAN, INC., MYLAN PHARMACEUTICALS, INC. and UDL LABORATORIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPHLIA DAVIS, RHEA DAVIS AND JESSE GAYNOR,<br><br>           Plaintiffs',<br><br>     v.<br><br>ACTAVIS GROUP, HF; ACTAVIS TOTOWA LLC; MYLAN, INC.; MYLAN PHARMACEUTICALS, INC.; and UDL LABORATORIES, INC.,<br><br>           Defendants. | CASE NO. CV 08-3173 BZ<br><br>HON. BERNARD ZIMMERMAN<br>DEPARTMENT G<br><br>**DEFENDANTS MYLAN, INC., MYLAN PHARMACEUTICALS, INC., AND UDL LABORATORIES, INC.'S CERTIFICATION OF INTERESTED PARTIES** |

The undersigned, counsel of record for Defendants Mylan, Inc., Mylan Pharmaceuticals, Inc., and UDL Laboratories, Inc. ("Defendants"), certify that the following party has a direct, pecuniary interest in the outcome of this case.

- Mylan, Inc.

This representation is made to enable the Court to evaluate the possible disqualification or recusal. Defendants reserve the right to supplement this certification as needed.

DATED: July 31, 2008                              TUCKER ELLIS & WEST LLP

                                        By:    /S/ Peter E. Schnaitman
                                               Peter E. Schnaitman
                                               Attorneys for Defendants
                                               MYLAN, INC., MYLAN
                                               PHARMACEUTICALS, INC. and
                                               UDL LABORATORIES, INC.

TUCKER ELLIS & WEST LLP
515 S. Flower Street
Suite 4200
Los Angeles, CA 90071-2223

**DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES**

LAimanage/073021/000043/611517/1

# CERTIFICATE OF SERVICE

I, Maria Valdez, declare as follows:

I am employed with the law firm of Tucker Ellis & West LLP, whose address is 515 South Flower Street, Suite 4200, Los Angeles, California 90071-2223. I am over the age of eighteen years, and am not a party to the within action.

On July 31, 2008, I served the following: **DEFENDANTS MYLAN, INC., MYLAN PHARMACEUTICALS, INC., AND UDL LABORATORIES, INC.'S CERTIFICATION OF INTERESTED PARTIES** on the interested parties in this action by:

   X    **ELECTRONICALLY VIA ECF** the above-entitled document to be served electronically through the United States District Court, Northern Division ECF website on July 31, 2008 addressed to all parties appearing on the Court's ECF service list. The file transmission was reported as complete and a copy of the "Filing Receipt" page will be maintained with the original document in our office.

   X    **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Los Angeles, California on July 31, 2008.

                                   /S/ Maria Valdez
                                     Maria Valdez

TUCKER ELLIS & WEST LLP
515 S. Flower Street
Suite 4200
Los Angeles, CA 90071-2223

**PROOF OF SERVICE**

LAimanage/073021/000043/611517/1