1  TUCKER ELLIS & WEST LLP
   MICHAEL C. ZELLERS - STATE BAR NO. 146904
2  DYLAN M. CARSON - STATE BAR NO. 237721
   PETER E. SCHNAITMAN - STATE BAR NO. 218982
3  SARAH C. TRANKIEM - STATE BAR NO. 235031
   515 South Flower Street, Suite 4200
4  Los Angeles, CA 90071-2223
   Telephone:  (213) 430-3400
5  Facsimile:  (213) 430-3409

6

7  Attorneys for Defendants
   MYLAN, INC., MYLAN
8  PHARMACEUTICALS, INC. and UDL
   LABORATORIES, INC.

9
                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 DEPHLIA DAVIS, RHEA DAVIS AND          )  Case No. CV 08-3173 BZ
   JESSE GAYNOR,                          )
13                                        )  HON. BERNARD ZIMMERMAN
                Plaintiffs',              )  DEPARTMENT G
14                                        )
                                          )
15        v.                              )  **DEFENDANTS MYLAN, INC., MYLAN
                                          )  PHARMACEUTICALS, INC., AND UDL
16 ACTAVIS GROUP, HF; ACTAVIS            )  LABORATORIES, INC.'S NOTICE OF
   TOTOWA LLC; MYLAN, INC.; MYLAN         )  RELATED CASES**
17 PHARMACEUTICALS, INC.; and UDL        )
   LABORATORIES, INC.,                    )
18                                        )
                Defendants.               )
19                                        )
                                          )
20                                        )
                                          )
21 _____       )

22        TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

23        Pursuant to United States District Court for the Northern District of California Local Rule

24 **3-13(a)**, the other actions involving the pharmaceutical drug Digitek® pending in the District of

25 California are as follows:

26        Pending in the Central District of California are the cases -*Darby v. Actavis Group, et al.*;

27 and *Spangle v. Actavis Group, et al.*

28

TUCKER ELLIS & WEST LLP
515 S. Flower Street
Suite 4200
Los Angeles, CA 90071-2223

LAimanage/073021/000043/611518/1

**DEFENDANTS' NOTICE OF RELATED CASES**

1    Pending in the Southern District of California is the case - *Grady, et al. v. Actavis*
2    *Totowa, et al.*

3    Additional cases regarding Digitek® are pending in the following federal courts: District
4    of New Jersey, Middle District of Florida, Middle and Eastern Districts of Louisiana, Northern
5    and Southern Districts of Ohio, Western District of Missouri, Eastern District of Pennsylvania,
6    Eastern District of Tennessee, Southern District of Indiana, Eastern District of Michigan, District
7    of Nebraska and District of Kansas.  Transfer motions are pending before the Judicial Panel on
8    Multidistrict Litigation to transfer these actions into a Multidistrict Litigation known as MDL
9    No. 1968 - *In Re: Digitek Products Liability Litigation*.

10   Additional cases regarding Digitek® are pending in various other state court jurisdictions
11   across the country.

12

13   DATED:  July 31, 2008                    TUCKER ELLIS & WEST LLP

14

15
                                         By:      /S/  Peter E. Schnaitman
16                                                Peter E. Schnaitman
17                                                Attorneys for Defendants
                                                 MYLAN, INC., MYLAN
18                                               PHARMACEUTICALS, INC. and UDL
                                                 LABORATORIES, INC
19

20

21

22

23

24

25

26

27

28

TUCKER ELLIS & WEST LLP
515 S. Flower Street
Suite 4200
Los Angeles, CA 90071-2223

2.
**DEFENDANTS' NOTICE OF RELATED CASES**

LAimanage/073021/000043/611518/1

## CERTIFICATE OF SERVICE

I, Maria Valdez, declare as follows:

I am employed with the law firm of Tucker Ellis & West LLP, whose address is 515 South Flower Street, Suite 4200, Los Angeles, California 90071-2223. I am over the age of eighteen years, and am not a party to the within action.

On July 31, 2008, I served the following: **DEFENDANTS MYLAN, INC., MYLAN PHARMACEUTICALS, INC., AND UDL LABORATORIES, INC.'S NOTICE OF RELATED CASES** on the interested parties in this action by:

    X      **ELECTRONICALLY VIA ECF** the above-entitled document to be served electronically through the United States District Court, Northern Division ECF website on July 31, 2008 addressed to all parties appearing on the Court's ECF service list. The file transmission was reported as complete and a copy of the "Filing Receipt" page will be maintained with the original document in our office.

    X      **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Los Angeles, California on July 31, 2008.

                               /S/ Maria Valdez
                               Maria Valdez

**PROOF OF SERVICE**

LAimanage/073021/000043/611518/1