| | |
|---|---|
| *Attorney or Party without Attorney:*<br>COTCHETT, PITRE & MCCARTHY<br>840 MALCOLM ROAD, STE. 200<br>BURLINGAME, CA 94010<br>*Telephone No:* 650-697-6000    *FAX No:* 650-697-0577<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

| | |
|---|---|
| | *Ref. No. or File No.:*<br>DIGITEK/DAVIS |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* DEPHLIA DAVIS; ET AL
*Defendant:* ACTAVIS GROUP; ET AL

| PROOF OF SERVICE SUMMONS IN A CIVIL | *Hearing Date:*<br>Mon, Oct. 20, 2008 | *Time:*<br>4:00PM | *Dept/Div:* | *Case Number:*<br>3:08-CV-03173-BZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Amended Summons; Civil Cover Sheet; Notice Of Pendency Of Other Actions Or Proceedings; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Orders; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Blank Consent To Proceed Before A Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Public Notice Magistrate Judge; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California; Adr Packet

3. a. *Party served:*         MYLAND PHARMACEUTICALS, INC., BY SERVING: CORPORATION
                              SERVICE COMPANY, AGENT FOR SERVICE
   b. *Person served:*        FRED HOLROYD--ATTORNEY/AUTHORIZED TO ACCEPT

4. *Address where the party was served:*    209 WEST WASHINGTON STREET
                                            CHARLESTON, WV 25302

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jul. 11, 2008 (2) at: 2:15PM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TIM STRICKER                                     d. *The Fee for Service was:*
                                                       e. I am: (3) registered California process server
                                          (i) Independent Contractor
                                                              (ii) Registration No.:
   1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM          (iii) County:
   Burlingame, CA 94010-1602    Fax (650) 697-4640
   (650) 697-9431

**RECEIVED**

AUG 06 2008

COTCHETT, PITRE & McCARTHY

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jul. 24, 2008

                                                                    (TIM STRICKER)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL                                6976000.46923