| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| COTCHETT, PITRE & MCCARTHY<br>840 MALCOLM ROAD, STE. 200<br>BURLINGAME, CA 94010<br>Telephone No: 650-697-6000   FAX No: 650-697-0577 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>DIGITEK/DAVIS | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | |
| Plaintiff: DEPHLIA DAVIS; ET AL | | |
| Defendant: ACTAVIS GROUP; ET AL | | |

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date:<br>Mon, Oct. 20, 2008 | Time:<br>4:00PM | Dept/Div: | Case Number:<br>3:08-CV-03173-BZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Amended Summons; Civil Cover Sheet; Notice Of Pendency Of Other Actions Or Proceedings; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Orders; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Blank Consent To Proceed Before A Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Public Notice Magistrate Judge; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California; Adr Packet

3. a. Party served: UDL LABORATORIES, INC., BY SERVING: ILLINOIS CORPORATION SERVICE, AGENT FOR SERVICE
   b. Person served: HOLLY BLANKENSHIP, OPERATIONS FOR ILLINOIS CORPORATION SERVICE, AGENT FOR SERVICE

4. Address where the party was served: 801 ADLAI STEVENSON DRIVE
   SPRINGFIELD, IL 62703

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jul. 11, 2008 (2) at: 2:25PM

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. GREG WILLING
   d. The Fee for Service was:
   e. I am:
       (i) Independent Contractor

A & A LEGAL SERVICE
1541 Bayshore Hwy   GENERAL@AALEGALSERVICE.COM
Burlingame, CA 94010-1602   Fax (650) 697-4640
(650) 697-9431

**RECEIVED**

AUG 04 2008

COTCHETT, PITRE & McCARTHY

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Jul. 17, 2008

Judicial Council Form   PROOF OF SERVICE   (GREG WILLING)   6976000.46924
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL