1  TUCKER ELLIS & WEST LLP
   MICHAEL C. ZELLERS - STATE BAR NO. 146904
2  DYLAN M. CARSON - STATE BAR NO. 237721
   SARAH C. TRANKIEM - STATE BAR NO. 235031
3  515 South Flower Street, Suite 4200
   Los Angeles, CA 90071-2223
4  Telephone: (213) 430-3400
5  Facsimile: (213) 430-3409

6  Attorneys for Defendants
   ACTAVIS GROUP, MYLAN, INC.,
7  MYLAN PHARMACEUTICALS, INC. and
   UDL LABORATORIES, INC.
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPHLIA DAVIS, RHEA DAVIS AND JESSE GAYNOR,<br><br>         Plaintiffs,<br><br>         v.<br><br>ACTAVIS GROUP, HF; ACTAVIS TOTOWA LLC; MYLAN, INC.; MYLAN PHARMACEUTICALS, INC.; and UDL LABORATORIES, INC.,<br><br>         Defendants. | CASE NO. CV 08-3173 BZ<br><br>HON. BERNARD ZIMMERMAN<br>DEPARTMENT G<br><br>**NOTICE OF WITHDRAWAL OF PETER E. SCHNAITMAN AS COUNSEL OF RECORD FOR DEFENDANTS ACTAVIS GROUP, MYLAN, INC., MYLAN PHARMACEUTICALS, INC. AND UDL LABORATORIES, INC.** |

TO THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

Peter E. Schnaitman, formerly with the law firm of Tucker Ellis & West LLP, is hereby withdrawn as counsel of record for Defendants Actavis Group, Mylan, Inc., Mylan Pharmaceuticals, Inc. and UDL Laboratories, Inc., effective immediately. The Court and counsel should continue to send all pleadings, orders, and notices to Michael C. Zellers, Dylan M. Carson, and Sarah C. Trankiem as primary counsel of record for Defendants Centocor, Inc. and Johnson & Johnson.

TUCKER ELLIS & WEST LLP
515 S. Flower Street
Suite 4200
Los Angeles, CA 90071-2223

**NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD**

LAimanage/073021/000043/612355/1

DATED: August 14, 2008                TUCKER ELLIS & WEST LLP


By:    /S/   Peter E. Schnaitman
       Peter E. Schnaitman
       Attorneys for Defendants
       ACTAVIS GROUP, MYLAN INC.,
       MYLAN PHARMACEUTICALS, INC.
       and UDL LABORATORIES, INC.

TUCKER ELLIS & WEST LLP
515 S. Flower Street
Suite 4200
Los Angeles, CA 90071-2223

2.
**NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD**

LAimanage/073021/000043/612355/1

**CERTIFICATE OF SERVICE**

I, Maria Valdez, declare as follows:

I am employed with the law firm of Tucker Ellis & West LLP, whose address is 515 South Flower Street, Suite 4200, Los Angeles, California 90071-2223. I am over the age of eighteen years, and am not a party to the within action.

On August 14, 2008, I served the following: **NOTICE OF WITHDRAWAL OF PETER E. SCHNAITMAN AS COUNSEL OF RECORD FOR DEFENDANTS ACTAVIS GROUP, MYLAN, INC., MYLAN PHARMACEUTICALS, INC., AND UDL LABORATORIES, INC.** on the interested parties in this action by:

    __X__    **ELECTRONICALLY VIA ECF** the above-entitled document to be served electronically through the United States District Court, Northern Division ECF website on August 14, 2008 addressed to all parties appearing on the Court's ECF service list. The file transmission was reported as complete and a copy of the "Filing Receipt" page will be maintained with the original document in our office.

    __X__    **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Los Angeles, California on August 14, 2008.

                                                        /S/ Maria Valdez
                                                        Maria Valdez

TUCKER ELLIS & WEST LLP
515 S. Flower Street
Suite 4200
Los Angeles, CA 90071-2223

PROOF OF SERVICE

LAimanage/073021/000043/612355/1