FRANK M. PITRE (100077)
NIKI B. OKCU (229345)
**COTCHETT, PITRE, & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

CHRISTOPHER LAVORATO (221034)
**LAVORATO, HOUSE, CHILTON & LAVORATO**
310 Capitol Street
Salinas, CA 93901
Telephone: (831) 758-2786
Facsimile: (831) 758-0566

*Attorneys for Plaintiffs Dephlia Davis, Rhea Davis and Jesse Gaynor*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEPHLIA DAVIS, RHEA DAVIS AND JESSE GAYNOR,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ACTAVIS TOTOWA, LLC; MYLAN, INC.; MYLAN PHARMACEUTICALS, INC.; and UDL LABORATORIES, INC.,<br><br>                    Defendants. | **CASE NO. CV-08-3173-BZ**<br><br>**APPLICATION AND [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |

**APPLICATION AND [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM***

1    This application seeks the appointment of Dephlia Davis, who can be contacted at

2 P.O. Box 181, Forest Knolls, CA 94933, telephone number: (415) 488-1709, as guardian *ad*

3 *litem*. The guardian *ad litem* is to represent the interests of Rhea Davis, who can be

4 contacted at P.O. Box 181, Forest Knolls, CA 94933, telephone number: (415) 488-1709.

5 The person to be represented is a minor, born on Sept. 18, 1998 The Court should

6 appoint a guardian *ad litem* because Rhea Davis has a wrongful death claim involving her

7 father, whose death was caused by the consumption and/or ingestion of double strength

8 tablets of Digitek® on May 3, 2008. The proposed guardian ad litem is related to Rhea Davis

9 as her mother.   The proposed guardian *ad litem* is fully competent and qualified to

10 understand and protect the rights of Rhea Davis and has no interests adverse to the interests

11 of Rhea Davis.     I declare under penalty of perjury under the laws of the State of

12 California and the United States that the foregoing is true and correct.

13 DATED: July 15, 2008            **COTCHETT, PITRE & McCARTHY**

14

15                    By: _____
                            FRANK M. PITRE
16                            NIKI B. OKCU
                             Attorneys for Plaintiffs Dephlia Davis,
17                          Rhea Davis and Jesse Gaynor

18

19

20

21

22

23        I consent to the appointment as guardian *ad litem* under the above petition.

24

25 DATED: July 14, 2008          _____
                                      (GUARDIAN *AD LITEM*)
26                                  DEPHLIA DAVIS

27

28

**APPLICATION AND [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM***

1

1

## [PROPOSED] ORDER

2      The Court finds that it is reasonable and necessary to appoint a guardian *ad litem* for

3  Rhea Davis and Jesse Gaynor, as requested. The Court orders that Dephlia Davis is hereby

4  appointed as the guardian *ad litem* for Rhea Davis and Jesse Gaynor for the reasons set forth

5  above.

6  DATED: _____ ___

7                                    MAGISTRATE JUDGE BERNARD ZIMMERMAN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION AND [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM*