UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPHLIA DAVIS, R.D., AND JESSE GAYNOR,<br><br>    Plaintiffs,<br><br>    v.<br><br>ACTAVIS GROUP, hf; ACTAVIS TOTOWA, LLC, MYLAN, INC.; MYLAN PHARMACEUTICALS, INC.; and UDL LABORATORIES, INC.,<br><br>    Defendants. | Case No. C08-3173-BZ<br><br>**ORDER TO COMPLY WITH GENERAL ORDER 53** |

Having received plaintiffs' amended application for appointment of guardian *ad litem*, **IT IS HEREBY ORDERED** as follows:

On August 25, 2008, I granted plaintiffs' application to appoint Dephlia Davis as guardian *ad litem* for R.D. and ordered plaintiffs to re-file the application and all other papers in compliance with General Order 53.

It appears that because the order was sealed, plaintiffs

///

///

1

could not access it.  Plaintiffs shall comply with General Order 53.

Dated:  October 16, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\DAVIS V. ACTAVIS Guardian Ad Litem Order.final version.wpd

2