UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPHLIA DAVIS, R.D., AND JESSE GAYNOR,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ACTAVIS GROUP, hf; ACTAVIS TOTOWA, LLC, MYLAN, INC.; MYLAN PHARMACEUTICALS, INC.; and UDL LABORATORIES, INC.,<br><br>　　　　Defendants. | Case No. C08-3173-BZ<br><br>**ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |

The court finds that it is reasonable and necessary to appoint a guardian *ad litem* for R.D., a minor, as requested. The court **ORDERS** that Dephlia Davis is hereby appointed as the guardian *ad litem* for R.D., a minor, *nunc pro tunc* August 25, 2008.

Dated:   October 17, 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\DAVIS V. ACTAVIS.ORDER APPTG GUARDIAN AD LITEM.10.17.08.wpd

1